### File Hashes for IP Address 68.48.101.140

**ISP:** Comcast Cable
**Physical Location:** Haymarket, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/10/2014 20:40:42 | 37145BC78BA08C0B7FC984C78B8698A2CC4168B2 | Sex With Glasses |
| 05/30/2014 17:36:42 | 09D2EE41510EEF98A23EA64EC21BCDB781765B37 | Blindfold Me Baby |
| 05/30/2014 17:16:45 | F09E59860DED770DD0E80B5F5E39195914A9866A | Angie VIP Lounge |
| 04/21/2014 15:27:27 | 382B288F7F7BC34700258E42CB618338478645D7 | Double Tease |
| 03/29/2014 18:44:14 | 926AC2204CBD72B08774896ADF3C657785A146C9 | My Days in Rome |
| 03/29/2014 18:17:53 | 573C4C46EBBD2D747EC9B54F72665F4B28FAB6A6 | Trophy Wife |
| 03/19/2014 16:44:57 | BEC4EC3E66D3423F6CEAF1E085C977517EC771E1 | Mile High Club |
| 03/18/2014 19:48:17 | 88DEF7B304D78BEAE53B26E4FBEA6EC6604A80CB | All Oiled Up |
| 03/12/2014 20:00:43 | FCBFF0DFA89D32E3562FC40C0FCB0A15B8B4C4D5 | Remembering Strawberry Wine |
| 03/03/2014 16:27:24 | 2D3233070BD3ED32E0FA7D3AC97D8D08C888291B | Sex and Submission |
| 02/25/2014 22:43:54 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 02/25/2014 22:31:57 | 28D7F4CEFE7500BC2DC0603043347EF035866802 | I Am In the Mood |
| 02/04/2014 23:05:50 | 29B7F74C41FE5D866E33F2F164810C7274B50307 | A Hot Number |
| 02/04/2014 21:00:23 | 95D67E677F85D284CBF6805B154972C2571F0F7B | Risky Business |
| 01/28/2014 04:36:04 | A26AF7478081B7D3708B4F1CA86F9F344B7174F5 | Season of Love |
| 01/23/2014 20:39:48 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 01/10/2014 20:08:10 | B9AE802E7948C78B46EA12E7028E1C8E117A98AF | Getting Ready For You |
| 01/10/2014 17:38:47 | 150B1EB2BA22A016C05E8E79C7600AC73B1A9983 | A Gift from Colette |
| 01/10/2014 17:28:02 | 45581AD35B1A967ED54A4AEF092EC1B9FAB0CCA6 | The Way I Feel |
| 01/10/2014 17:20:59 | 395A72BE5E8CA5289FB0F8A97C8EB12AF74CC431 | My Naughty Girl |
| 01/07/2014 02:24:40 | 2AE78C617219D7E90F2E3A76A85DE82AE9E19857 | Warm and Fuzzy |
| 01/07/2014 01:11:35 | 8885727D4E562F7E4C736E3F69814CEE6151DC6B | Creamy |

EXHIBIT A

EVA64

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/06/2014 23:27:59 | D16CAF48BCDFE915BDAECAE8F3261F719CDA4921 | Zeppelin on Fire |
| 12/27/2013 15:00:59 | 9002721B3FABF90B9E2735C915FA96C4F1E8614F | Santas Little Helper |
| 12/20/2013 02:52:32 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/14/2013 04:11:36 | 028BF9DCBCD78BBAEF21CDAF6743A9DF0DB639E2 | Come from behind |
| 12/14/2013 02:17:31 | 7B1A60EDA884EA4C85322BD62815DF9E1D51316B | A Perfect Match |
| 12/14/2013 01:50:49 | 35420F58E5E3C3F761B36ADDBEA10648648209C6 | Come Inside From the Cold |
| 12/02/2013 21:21:12 | 4BA15306CEC2AD2698F1F44FAECBB26C1242D4D8 | I Want to Tell You |
| 12/02/2013 20:16:11 | 8A85DF5E25CCF218F1CDDF332BCBEC128F7DCCCE | So Right Its Wrong |
| 12/02/2013 20:12:59 | 82F64C2A5F67E07FA98CBE9EC2F3137BFF4623DA | Tease and Please |
| 11/20/2013 19:36:46 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |
| 11/20/2013 14:24:41 | 33D1AEA3B24A6B2F8E0AA369CADF8DCF763DC925 | No Hurry |
| 11/20/2013 14:23:54 | EDDBC96B82FA448D9FFD5156EE1750297C972C50 | Awakening |
| 11/20/2013 13:53:10 | 5687917005BC813E528B7A571B7B27F6EEF914B4 | A Blonde in my Bedroom |
| 10/31/2013 18:49:31 | 98C0137E63F0B3867C018C07E295A7A7DDFB1E67 | Body Language |
| 10/31/2013 00:25:39 | 775A27912609D0C3906256356D2EC20A41E06CCE | Bohemian Rhapsody |
| 10/16/2013 15:20:41 | 933C297BFE4A109270BCBF705C950CF3C6568384 | In Love with a Girl |
| 10/16/2013 15:18:40 | 1FCA7FEE1B9525B6A5B37C321F2395A08290ADCE | The Journey |
| 10/16/2013 15:18:18 | F06AB974D4471E734C2BFFC394BA674072AC5067 | In Charge |
| 10/10/2013 12:40:28 | 0D25CB9AA54C9B536BC9574EF1F4BAD9894DFE98 | Almost Famous |
| 10/04/2013 13:12:46 | 5028025E8FAC072D768663F9C6CEE547212D554C | Date Night at Home |
| 09/26/2013 12:50:31 | 234BF74E9130AAAB7644DCE409624FD007F3BA22 | Love with a View |
| 09/26/2013 12:40:51 | 82B40194B9F199C779C0C6A4FF168D03FB7A419B | First and Forever |
| 09/17/2013 13:17:19 | 7765647E16D23A3D4271DA6CF3CA0F093A534B9D | Erotic Stretching and Sex |
| 08/23/2013 18:05:00 | 84E50974FDDE4017B5823D46A53AA58370F4C845 | Spontaneous |
| 08/21/2013 17:07:31 | BC2E021FAB448DFB6DF7872B780F1B2B7BF598CD | Raw Passion |

EXHIBIT A

EVA64

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/19/2013 21:25:15 | 4C81218286AE8EF7362F8B77F19DAD1A76AF162E | Sneaking In |
| 08/16/2013 16:51:43 | 2E520FE8355100ED520FFBB338904F0F809E19CE | Malibu Moments Part #2 |
| 08/16/2013 16:42:14 | DE34B2124A972646FF0A9B25CCDEA090880246D8 | Make me Feel Beautiful |
| 08/01/2013 19:23:26 | 41C17197549E0C4225CEECECDE69D9FE3EEF2C87 | What a Girl Wants Part #2 |
| 08/01/2013 19:18:49 | 36B5E5B1F0BD4FD420E645FEA60DF4248C1708D2 | Made for Each Other |
| 08/01/2013 18:57:59 | 10D143F612F17CB1A811D191FF024C84ACA7B86C | Newlyweds |
| 07/22/2013 11:19:19 | FC40B2BF3EDDA3464AA652FF39A7E346B8598513 | Without Words |
| 07/01/2013 22:51:28 | 477DA21EB12C276FC16F9CAF724713B3582B6D92 | First Love |
| 06/17/2013 22:00:05 | 6F0FD1F25891F6E737D2480C1D93C3236137E448 | Play Me |
| 06/12/2013 13:30:04 | 7BCED86D21A80F8F558E488AADA71DE058BE8A34 | Bad Girls |
| 04/09/2013 23:05:47 | 8E66F988C58DD641E706C0B82002B205B558B07D | Circles of Bliss |

**Total Statutory Claims Against Defendant: 58**

EXHIBIT A

EVA64