**Copyrights-In-Suit for IP Address 68.48.101.140**

**ISP:** Comcast Cable
**Location:** Haymarket, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/21/2013 | 11/20/2013 |
| A Gift from Colette | PA0001872969 | 12/07/2013 | 12/11/2013 | 01/10/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/04/2014 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 12/14/2013 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/18/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 10/10/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 05/30/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/20/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/12/2013 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 05/30/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 10/31/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/31/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/09/2013 |
| Come from behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 12/14/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 12/14/2013 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/07/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/04/2013 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/21/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/17/2013 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/25/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/26/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 07/01/2013 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 01/23/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/10/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/25/2014 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 12/02/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/16/2013 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 10/16/2013 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/20/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/26/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/01/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/16/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/16/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 03/19/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/20/2013 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 03/29/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 01/10/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 08/01/2013 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/20/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/17/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 08/21/2013 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/12/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/04/2014 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 12/27/2013 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/28/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/03/2014 |

EXHIBIT B

EVA64

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/10/2014 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/19/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/02/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/23/2013 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/02/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/16/2013 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/10/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/29/2014 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 01/07/2014 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 08/01/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/22/2013 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/06/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  58**

EXHIBIT B

EVA64