**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MALIBU MEDIA, LLC,

       Plaintiff,

v.

CHERI SCHMIDT,

       Defendant.

CASE NO.: **1:14-cv-01096-GBL-TCB**

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT CHERI SCHIMDT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Cheri Schmidt With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until January 25, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this  29th  day of  December , 2014.

By: _____/s/_____
    **THERESA CARROLL BUCHANAN**
    **UNITED STATES MAGISTRATE JUDGE**

1