IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                        Civil Action No. 1:14-cv-01096-GBL-TCB

CHERI SCHMIDT,

    Defendant.

_____/

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Cheri Schmidt's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Cheri Schmidt's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this _____ day of _____, 2015.

/s/
Gerald Bruce Lee
By: United States District Judge
**UNITED STATES DISTRICT JUDGE**